**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Javier BERNAL–ACOSTA,
Defendant—Appellant.**

No. 05–30201.

United States Court of Appeals,
Ninth Circuit.

Submitted May 15, 2006.*

Decided May 19, 2006.

James M. Lord, Esq., John Joseph Lule-jian, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee. Catherine L. Floit, Esq., Shoreline, WA, for Defendant–Appellant.

Before: B. FLETCHER, TROTT and CALLAHAN, Circuit Judges.

MEMORANDUM **

Javier Bernal–Acosta appeals from his guilty-plea conviction and 48–month sentence for distribution of cocaine in violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Bernal–Acosta has filed a brief stating that she finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

courts of this circuit except as provided by 9th Cir. R. 36–3.

